IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ENRIQUE RAMIREZ,** ) | CV F 04-6384 REC WMW HC |
| ) | |
| Petitioner, ) | ORDER DIRECTING CLERK |
| ) | OF COURT TO SUBSTITUTE |
| v. ) | CORRECT RESPONDENT |
| ) | |
| **PEOPLE OF THE STATE OF** ) | |
| **CALIFORNIA,** ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    A petitioner filing a petition for writ of habeas corpus must name the state officer who has custody of the petitioner as the respondent. Rule 2 (a) of the Rules Governing § 2254 cases; <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir. 1996). Normally, the person having custody of an incarcerated petitioner is the warden of the prison in which the petitioner is incarcerated because the warden has "day-to-day control over" the petitioner. <u>Brittingham v. United States</u>, 982 F.2d 378, 379 (9th Cir. 1992); <u>see also</u> <u>Stanley v.</u>

California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

     In this case, petitioner is incarcerated at the Men's Colony at San Luis Obispo. At this time John Marshall is the warden of that prison. Accordingly, the Clerk of the Court is DIRECTED to substitute John Marshall as the respondent in this action

IT IS SO ORDERED.

**Dated:  February 14, 2006**         **/s/  William M. Wunderlich**
bl0dc4        UNITED STATES MAGISTRATE JUDGE

2